# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| RODRICUS D. SCOTT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV622-006 |
| SUPERIOR COURT OF BULLOCH COUNTY, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously dismissed several of *pro se* plaintiff Rodricus D. Scott's claims. *See generally* doc. 23. In that same Order, the Court directed him to file an Amended Complaint supplementing his allegations that he was denied appropriate medical care.[1] *See* doc. 23 at 11-15. Scott filed a Motion for Reconsideration concerning the dismissed claims. *See* doc. 24. The Court denied that motion and extended the deadline for submission of his amended pleading. Doc. 25 at 5-6 (imposing a deadline of April 29, 2022 to submit a Second Amended

---

[1] The Court expressly noted that his Amended Complaint alleged sufficient facts that a "Nurse Lynn" was deliberately indifferent to his serious medical needs, but that he had not identified her as a defendant. *See* doc. 23 at 11-15.

Complaint).  He has now sent a "letter" to District Judge R. Stan Baker, who is not assigned to this case, to "inform [Judge Baker] of the Constitution and Public Policy violations committed by the Courts of Statesboro, Bulloch County, Georgia."  Doc. 26 at 1.  He mentions in his letter that the claim related to his "medical issue" was not dismissed, *id.* at 2, but does not indicate why he has not taken any action to file the required amended pleading.  *See generally id.*

Since Scott has failed to timely comply with the Court's Order to amend his deliberate indifference claim, that claim—and, thus, this case—is due to be dismissed.  *See* Fed. R. Civ. P. 41(b); *see also* doc. 25 at 6.  Given Scott's acknowledgement that his claim is still pending, the Court is concerned that he has misunderstood his responsibility to amend his pleading.  Scott is, therefore, **DIRECTED** to respond to this Order no later than June 3, 2022 and **SHOW CAUSE** why this case should not be dismissed for failure to prosecute or obey a court order.  With it, he must also submit the required amended pleading.

**SO ORDERED,** this 23rd day of May, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA